JULY 8, 1942

No. 47389.—————————Protest 76713–K of American Merchandise Co., Inc. Plaintiff's application for rehearing granted.

No. 47390.—————————Protests 896559–G, etc., of Friedlaender & Co., Inc. Plaintiff's application for rehearing granted.

No. 47391.—————————Protests 76707–K, etc., of American Merchandise Co., Inc. Plaintiff's application for rehearing granted.

JULY 10, 1942

No. 47392.—Suit 4388.—————————*B. Cardinale* v. *United States.* C. D. 588. Appeal dismissed April 24, 1942; not yet reported.

BEFORE THE FIRST DIVISION, JULY 13, 1942

No. 47393.—Protest 774695–G of American Import Co. (Los Angeles).

Opinion by WALKER, J. The sample consists of a crude imitation of a gun, having a crank, and a clapper, which makes a noise as the crank is turned. Plaintiff's witness, in charge of sales for the plaintiff company, testified that he sold such articles at wholesale to dealers or merchants who handle carnival goods; that he had seen them used at New Year's Eve parties, Hallowe'en parties, and at the Sacramento Fair; and that at the latter place he observed only children using them but was unable to say on the other occasions whether they were used by children or adults. On the record presented it was held that the plaintiff has failed to overcome by competent material evidence the presumption of correctness of the collector that the articles are used for the amusement of children. The protest was therefore overruled. Dallinger, J., concurring.

BEFORE THE SECOND DIVISION, JULY 13, 1942

No. 47394.—Protests 803399–G, etc., of Abouchar & Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.